IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **PETER J. ABRUZZO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No.: 3:08cv646 |
| | ) |
| **S&K FAMOUS BRANDS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

SUGGESTION OF BANKRUPTCY
AND NOTICE OF OPERATION OF AUTOMATIC STAY

**PLEASE TAKE NOTICE** that, on February 9, 2009, S & K Famous Brands, Inc. (the "Debtor"),[1] filed its voluntary petition for reorganization relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*., as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"). Attached hereto as Exhibit A is a copy of the Notice of Bankruptcy Case Filing from the Bankruptcy Court. The Debtor's bankruptcy case is being administered as In re S & K Famous Brands, Inc., Case No. 09-30805 (KRH) (Bankr. E.D. Va.). Attached hereto as Exhibit B is a copy of the Debtor's petition. As a result of the filing, any further action against the Debtor is stayed under section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtor or its property without first obtaining relief from the automatic stay from the Bankruptcy Court may be

---

[1] The Debtor is S&K Famous Brands, Inc., and the last four digits of its taxpayer identification number are 5694.

subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanctions, as may be appropriate.

            Respectfully submitted,

            S&K FAMOUS BRANDS, INC.

            _/s/ Jennifer M. Campbell_
            Jeffrey S. Shapiro (Va. Bar No. 38344)
            jshapiro@mcguirewoods.com
            Jennifer M. Campbell (Va. Bar No. 45600)
            jmcampbell@mcguirewoods.com
            McGuireWoods LLP
            One James Center
            901 East Cary Street
            Richmond, Virginia 23219-4030
            804.775.1000 (Telephone Number)
            804.775.1061 (Facsimile)

            _Counsel for Defendant_

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2009, I electronically filed the foregoing Suggestion of Bankruptcy and Notice of Operation of Automatic Stay on behalf of Defendant with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to:

>Michael E. Lacy, Esq. (Va. Bar No. 48477)
>michael.lacy@troutmansanders.com
>Troutman Sanders LLP
>Post Office Box 1122
>Richmond, Virginia  23219
>804.697.1200 (Telephone Number)
>804.697.1339 (Facsimile)
>
>*Counsel for Plaintiff*

>        */s/ Jennifer M. Campbell*
>Jeffrey S. Shapiro (Va. Bar No. 38344)
>jshapiro@mcguirewoods.com
>Jennifer M. Campbell, Esq. (Va. Bar No. 45600)
>jmcampbell@mcguirewoods.com
>McGuireWoods LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219-4030
>804.775.1000 (Telephone Number)
>804.775.1061 (Facsimile)
>
>*Counsel for Defendant*

**<u>Exhibit A</u>**

**(Notice of Bankruptcy Filing)**

**<u>Exhibit B</u>**

**(Petition)**