IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PETER J. ABRUZZO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:08cv646 |
| S&K FAMOUS BRANDS, INC., | ) ) ) |
| Defendant. | ) |

MAY 26 2009

## STIPULATION OF DISMISSAL

Plaintiff/Counterclaim defendant Peter J. Abruzzo ("Abruzzo") and Defendant/Counterclaim plaintiff S&K Famous Brands, Inc. ("S&K"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby agree and stipulate that Abruzzo's Complaint and S&K's Counterclaim are dismissed without prejudice, with each party bearing its own costs.

PETER J. ABRUZZO

_/s/ Michael E. Lacy_
Michael E. Lacy, VSB No. 48477
michael.lacy@troutmansanders.com
TROUTMAN SANDERS LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

Counsel for Peter J. Abruzzo

S&K FAMOUS BRANDS, INC.

_/s/ Jeffrey S. Shapiro_
Jeffrey S. Shapiro, VSB No. 38344
jshapiro@mcguirewoods.com
Jennifer M. Campbell, VSB No. 45600
jmcampbell@mcguirewoods.com
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone (804) 775-1000
Facsimile (804) 775-1061

Counsel for S&K Famous Brands, Inc.

1838510v1